United States District Court
Southern District of Texas
**ENTERED**
August 05, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| AVERY STINSON, *et al*, § | CIVIL ACTION NO |
| Plaintiffs, § | 4:22-cv-01775 |
| § | |
| § | |
| vs. § | JUDGE CHARLES ESKRIDGE |
| § | |
| § | |
| UNITED STATES § | |
| POSTAL SERVICE, § | |
| *et al*, § | |
| Defendants. § | |

**ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION**

Plaintiffs filed a complaint under the Federal Tort Claims Act to recover damages allegedly incurred in a bicycle accident with a United States Postal Service truck. Dkt 1. The matter was referred for disposition to Magistrate Judge Christina A Bryan. Dkt 8. Defendant United States of America moved for summary judgment. Dkt 41.

Pending is the Memorandum and Recommendation of the Magistrate Judge dated May 14, 2024, recommending denial of the motion because disputed issues of fact exist regarding how the accident occurred. Dkt 65. Also pending are objections by Defendant. Dkt 72.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing

*Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

The objections are found to lack merit upon *de novo* review and determination. The Magistrate Judge clearly detailed the pertinent facts (and in particular, the material disputes existing in those competing versions) and correctly applied controlling law.

Defendant's objections to the Memorandum and Recommendation are OVERRULED. Dkt 72.

No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 65.

SO ORDERED.

Signed on August 2, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge